39916.   LIFE INSURANCE COMPANY OF GEORGIA
v. BURKE.

RUSSELL, Judge.   The decision of this court in *Life Ins. Co. of Ga. v. Burke,* 107 Ga. App. 621 (131 SE2d 206) having been reversed by the Supreme Court of Georgia (*Life Ins. Co. of Ga. v. Burke,* 219 Ga. 214 (132 SE2d 737) the judgment of the Court of Appeals is accordingly vacated herewith and the judgment of the trial court overruling the motion for new trial is reversed in accordance with the opinion of the Supreme Court.

*Judgment reversed. All the Judges concur.*

DECIDED SEPTEMBER 26, 1963.

*Clement E. Sutton,* for plaintiff in error.

*Walton Hardin,* contra.